## A04A1375. SOLOMON v. BARNETT.
(641 SE2d 551)

ANDREWS, Presiding Judge.

In *Solomon v. Barnett*, 281 Ga. 130 (636 SE2d 541) (2006), the Supreme Court reversed our decision in *Solomon v. Barnett*, 276 Ga. App. 210 (3) (623 SE2d 4) (2005). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed and case remanded. Miller and Ellington, JJ., concur.*

DECIDED DECEMBER 15, 2006.

*Gray, Hedrick & Edenfield, Bruce M. Edenfield, Evan R. Mermelstein*, for appellant.
*Moss & Rothenberg, Jeffrey P. Rothenberg, Jeffrey M. Fishman*, for appellee.